**MORGAN, LEWIS & BOCKIUS LLP**
502 Carnegie Center
Princeton, New Jersey 08540
Thomas A. Linthorst, Esq. – NJ Attorney ID 040842000
Rudolph J. Burshnic II, Esq. – NJ Attorney ID 014492012
(609) 919-6642
thomas.linthorst@morganlewis.com
rudolph.burshnic@morganlewis.com

*Attorneys for Defendants Becton, Dickinson and Company and William Sigmund*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HOOMAN NOORCHASHM,<br><br>                          Plaintiff,<br><br>vs.<br><br>BECTON, DICKINSON AND COMPANY, WILLIAM SIGMUND, JOHN DOES 1-10 (fictitiously named), and XYZ CORPORATIONS 1-10 (fictitiously named),<br><br>                          Defendants. | Civil Action No.: 2:22-cv-7358<br><br>**BECTON, DICKINSON AND COMPANY'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

In accordance with Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant Becton, Dickinson and Company ("BD") hereby certifies that BD has no parent corporation, that BD is a publicly traded company, and that, to its knowledge, no publicly traded company owns 10% or more of BD's stock.

                                                                  **MORGAN, LEWIS & BOCKIUS LLP**

Dated: December 16, 2022                    s/ Rudolph J. Burshnic II
                                                                  Rudolph J. Burshnic II, Esq.
                                                                  Thomas A. Linthorst, Esq.
                                                                  502 Carnegie Center
                                                                  Princeton, New Jersey 08540

(609) 919-6642
thomas.linthorst@morganlewis.com
rudolph.burshnic@morganlewis.com

*Attorneys for Defendants Becton, Dickinson and Company and William Sigmund*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date the foregoing document was electronically filed via the ECF filing system and served by email on the following counsel for Plaintiff:

James K. Webber
WEBBER MCGILL LLC
100 E. Hanover Avenue
Suite 401
Cedar Knolls, New Jersey 07927
(973) 739-9559
*Attorneys for Plaintiff Hooman Noorchashm*

Dated: December 16, 2022                               s/ Rudolph J. Burshnic II
                                                                              Rudolph J. Burshnic II