UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

James K. Webber
WEBBER MCGILL LLC
100 E. Hanover Avenue
Cedar Knolls, New Jersey 07927
(973) 739-9559
Attorneys for Plaintiff Hooman Noorchashm

---

| | | |
|---|---|---|
| HOOMAN NOORCHASHM | : | CIVIL ACTION NO.: |
| | : | 2:22-cv-07358-CCC-AME |
| Plaintiff, | : | |
| | : | |
| | : | **ORDER ADMINISTRATIVELY** |
| v. | : | **TERMINATING ACTION** |
| | : | |
| | : | |
| BECTON, DICKINSON AND COMPANY, | : | |
| WILLIAM SIGMUND, JOHN DOES 1-10 | : | |
| (fictitiously named), and XYZ CORPORATIONS | : | |
| 1-10 (fictitiously named) | : | |
| | : | |
| Defendants. | : | |

---

WHEREAS this Court conducted a Rule 16(b) conference on March 30, 2023, with attorneys for plaintiff and defendants, and counsel having agreed upon the form and terms of this Order; and

WHEREAS the parties above request that the Court administratively terminate this case pending further notice to the Court; therefore

IT IS, on this _____ day of April, 2023,

1

ORDERED that this action is administratively terminated pending further notice; and it is further

ORDERED that this shall not constitute a dismissal Order under Federal Rule of Civil Procedure 41; and it is further

ORDERED that any party may request that this action be reopened and restored to the Court's active docket by filing a letter requesting this relief; and it is finally

ORDERED that this administrative dismissal does not constitute a dismissal with prejudice.

_____
HON. ANDRE M. ESPINOSA
United States Magistrate Judge