# Morgan Lewis

**Thomas A. Linthorst**
+1.609.919.6642
thomas.linthorst@morganlewis.com

December 18, 2023

**Via ECF**

Hon. André M. Espinosa, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Court Room MLK 2D
Newark, NJ 07101

    **Re:**    **Hooman Noorchashm v. Becton, Dickinson and Company and William Sigmund**
              **Civil Action No. 2:22-cv-07358-CCC-AME**

Dear Judge Espinosa:

Our firm represents Defendants Becton, Dickinson and Company and William Sigmund in the referenced matter. At the Court's request, we write jointly with Plaintiff to provide a status report. *See* Text Order dated December 18, 2023, ECF No. 14. The parties report that there is no change in the case's status and respectfully request that the case remain administratively terminated in accordance with the Court's Order dated April 12, 2023 (ECF No. 11).

We thank the Court for its attention to this matter.

Respectfully submitted,

s/ Thomas A. Linthorst

Thomas A. Linthorst, Esq.

cc:    All Counsel of Record (via ECF)

**Morgan, Lewis & Bockius LLP**

502 Carnegie Center
Princeton, NJ 08540-6241    T +1.609.919.6600
United States    F +1.877.432.9652
A Pennsylvania Limited Liability Partnership | Terry D. Johnson, Partner-in-Charge